Mitchell D. Gliner, Esq.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV 89102
(702) 870-8700
(702) 870-0034 Fax
mgliner@glinerlaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JOHN ABAD | ) |
|     Plaintiff, | ) |
| vs. | ) Case No. 2:16-cv-01847-APG-GWF |
| EXPERIAN INFORMATION SOLUTIONS, INC., | ) **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
|     Defendant | ) |

Pursuant to F.R.C.P. 41(a)(1)(ii) and local rule 7-1(b) it is hereby stipulated by the parties hereto that the above-entitled matter be dismissed with prejudice, each party to bear their own costs and attorney's fees.

MITCHELL D. GLINER, ESQ.

_____
MITCHELL D. GLINER, ESQ.
Nevada Bar No. 003419
3017 W. Charleston Blvd. # 95
Las Vegas, Nevada 89102
Attorney for Plaintiff

SNELL & WILMER, L.L.P.

_____
BOB L. OLSON, ESQ.
Nevada Bar No. 003783
CHARLES E. GIANELLONI, ESQ.
Nevada Bar No. 012747
3883 Howard Hughes Pkwy., # 1100
Las Vegas, Nevada 89169
Attorneys for Defendant

IT IS SO ORDERED this 9th day of January, 2017.

_____
UNITED STATES DISTRICT JUDGE